1
2
3
4
5
6
7
8
9
10
11
12
13

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>INNOVATIVE SPINE CARE, LLC, a New Jersey limited liability company; WAYNE A. MILLER, an individual; TATIANA SHARAHY, an individual,<br><br>　　　　　Defendants. | Case No. 8:24-cv-01315-MEMF-ADS<br><br>[Assigned to the Hon. Maame Ewusi-Mensah Frimpong]<br><br>**JUDGMENT**<br><br>Complaint Filed:　June 17, 2024<br>Trial Date:　　　None |

# **JUDGMENT**

Pursuant to plaintiff Ameris Bank, a Georgia state-chartered banking corporation, doing business as Balboa Capital's ("Balboa") Motion for Default Judgment ("Default Motion"), and pursuant to Federal Rules of Civil Procedure Rule 55(b)(2), and good cause appearing, therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment be entered in this matter, in favor of Balboa, and against defendants Innovative Spine Care, LLC, a New Jersey limited liability company ("Innovative Spine"), Wayne A. Miller, an individual ("Miller"), and Tatiana Sharahy, an individual ("Sharahy"), (collectively with Innovative Spine and Miller, "Defendants"), jointly and severally, in the total amount of **$391,858.10**; which is a sum of the following:

    a. Compensatory damages in the amount owed of $359,852.40, on the Equipment Financing Agreement (the "EFA");

    b. Attorneys' fees in the amount of $10,797.05 on the EFA;

    c. Prejudgment interest in the amount of $20,506.66, at the statutory rate of ten percent (10%) per annum, from April 21, 2024 (the date of breach), to November 14, 2024, the date initially set for hearing on the Default Motion; and

    d. Costs in the amount of $702.00.

2. The Clerk is ordered to enter this Judgment forthwith.

DATED: June 24, 2025

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge